In the Matter of ANGEL R. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; SYHEID R., Appellant. (Proceeding No. 1.)

In the Matter of FARRELLE J. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; SYHEID R., Appellant. (Proceeding No. 2.)

In the Matter of TARRELLE J. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; SYHEID R., Appellant. (Proceeding No. 3.)

In the Matter of SAFIRE J. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; SYHEID R., Appellant. (Proceeding No. 4.)

In the Matter of SONIA J. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; SYHEID R., Appellant. (Proceeding No. 5.)

Submitted April 11, 2016; decided June 7, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

SANTOKH S. BADESHA et al., Respondents, v PARMINDER S. SOCH et al., Appellants.

Submitted April 11, 2016; decided June 7, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of HILARY BEST, Appellant, v BARRY A. SCHWARTZ, Respondent.

Submitted April 11, 2016; decided June 7, 2016

Motion for reconsideration of this Court's February 23, 2016 dismissal order etc. denied [see 26 NY3d 1133 (2016)].